**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**William F. PRITCHARD, Jr.,**
**Defendant–Appellant.**

No. 08–30263
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2009.

Brett L. Grayson, Assistant U.S, Attorney, U.S. Attorney's Office Western, District of Louisiana, LaFayette, LA, for Plaintiff–Appellee.

Daniel James Stanford, LaFayette, LA, for Defendant–Appellant.

Before HIGGINBOTHAM, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

William F. Pritchard, Jr., appeals from his sentence following his guilty plea conviction for conspiracy to traffic in unauthorized sound recordings of live musical performances. He argues that the district court erred by ordering him to pay restitution to the Recording Industry Association of America (RIAA). He contends that the Government failed to prove by a preponderance of the evidence that the RIAA was an identifiable victim that suffered any actual pecuniary loss resulting from his conduct. Pritchard stipulated in his plea agreement that he was liable for restitution to the RIAA under 18 U.S.C. § 3663A. In light of this stipulation, the district court did not err in ordering Pritchard to pay restitution to the RIAA. *See* § 3663A(a)(1), (3).

Accordingly, the district court's judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.